OVERSEAS NEWS AGENCY, INC., Respondent, v. OVERSEAS PRESS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements,

with leave to the defendants to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [185 Misc. 1010.]